[No. 41812-2-I.    Division One.    June 14, 1999.]

SANDRA RADCLIFFE, *Appellant*, v. NETWORK AMERICA LIFE
INSURANCE CO., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-2-04582-9, Larry E. McKeeman and
Kathryn E. Trumbull, JJ., entered January 3, February 13,
and November 20, 1997. *Affirmed in part* and *reversed in
part* by unpublished opinion per Ellington, J., concurred in
by Kennedy, C.J., and Agid, J.

[No. 41947-1-I.    Division One.    June 14, 1999.]

ELAINE OTTER, *Respondent*, v. JAMES H. OTTER, ET AL.,
*Defendants*, BELLINGHAM CHRYSLER CENTER, INC.,
*Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 93-3-00331-5, David A. Nichols, J., entered
December 19, 1997. *Reversed* by unpublished opinion per
Grosse, J., concurred in by Coleman and Webster, JJ.

[No. 42112-3-I.    Division One.    June 14, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. J.R.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-8-06487-4, Michael J. Fox, J., entered Janu-
ary 8, 1998. *Reversed* by unpublished per curiam opinion.

[No. 42375-4-I.    Division One.    June 14, 1999.]

ARTHUR R. PRIMEAU, *as Administrator, Appellant*, v.
JANICE NELSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-16068-7, R. Joseph Wesley, J., entered
February 26, 1998. *Affirmed* by unpublished opinion per
Kennedy, C.J., concurred in by Baker and Agid, JJ.